# FEIN, SUCH & CRANE, LLP
## Attorneys At Law

Northern New York Partner
Relin, Goldstein & Crane, LLP
1800 First Federal Plaza
Rochester, New York 14614
585-232-7400   Fax 585-325-6201

October 13, 2010

United States Bankruptcy Court
Hon. Michael J. Kaplan

Re: HSBC Mortgage Corporation vs. Kirk H. Maldiner

Case No. 10-12500 MJK

Dear Hon. Kaplan:

     This letter is written to advise we are withdrawing the Motion for Relief from the Stay with an adjourned hearing date of October 21, 2010 in Niagara Falls, filed on behalf of HSBC Mortgage Corporation as the Motion is no longer required.  Many thanks in advance.
     If you have any questions, please contact the undersigned.

Very respectfully,
FEIN, SUCH & CRANE, LLP


/s/  REAGAN WEINHART
Bankruptcy Supervisor

Cc:    Albert Mogavero
       Daniel E. Brick