0034-0U-EPIB0U-00473865-1425

# United States Bankruptcy Court
For The
Western District of New York

IN RE:  KIRK H. MALDINER
4178 TONAWANDA CREEK RD.
NORTH TONAWANDA, NY 14120

DATE 11/19/2010   CASE No. 1012500 K   SS #1 XXX-XX-8054

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | FIA CARD SERVICES, NA / 1000 SAMOSET DRIVE DE5-023-03-03 / NEWARK, DE 19713 | 19,640.97 3.7000% | 0.0000 | Unsecured |
| 002 | CEDARCREST FUND, LP / P.O. BOX 830669 ARSENAL STATION / SAN ANTONIO, TX 78283 | 7,381.81 3.7000% | | Secured |
| 003 | CIPRIANO REAL ESTATE / 58 MAIN ST. TONAWANDA, NY 14150 | | | Not Filed |
| 004 | eCAST SETTLEMENT CORP / P O BOX 29262 NEW YORK, NY 10087-9262 | 9,076.95 3.7000% | 0.0000 | Unsecured |
| 005 | HARTWOOD REAL ESTATE / 1 BRIGHTON RD. TONAWANDA, NY 14150 | | | Not Filed |
| 006 | HSBC MORTGAGE CORP (USA) / 2929 WALDEN AVENUE ATTN BANKRUPTCY DEPT / DEPEW, NY 14043 | | | DirectPay 93,415.77 |
| 007 | HSBC MORTGAGE CORP (USA) / 2929 WALDEN AVENUE ATTN BANKRUPTCY DEPT / DEPEW, NY 14043 | 1,182.20 3.7000% | | Secured |
| 008 | HSBC BANK USA, NA / % FEIN, SUCH & CRANE, LLP 28 E. MAIN ST. SUITE 1800 / ROCHESTER, NY 14614 | | | DirectPay 19,727.17 |
| 009 | INTERNAL REVENUE SERVICE / P.O. BOX 21125 PHILADELPHIA, PA 19114 | 21,232.13 | 0.0000 | Priority |
| 009 | INTERNAL REVENUE SERVICE / P.O. BOX 21125 PHILADELPHIA, PA 19114 | 87,400.31 3.7000% | | Secured |
| 010 | LAKESHORE SAVINGS & LOAN / 128 E. 4TH STREET DUNKIRK, NY 14048-2226 | | | DirectPay 132,921.18 |
| 011 | LAKESHORE SAVINGS & LOAN / 128 E. 4TH STREET DUNKIRK, NY 14048-2226 | 7,621.82 3.7000% | | Secured |
| 012 | M&T BANK / 1100 WEHRLE DRIVE WILLIAMSVILLE, NY 14221 | 30,844.65 3.7000% | 0.0000 | Unsecured |
| 013 | MALDINER, CHRISANNE S. / 4178 TONAWANDA CREEK RD. N. TONAWANDA, NY 14120 | | | Not Filed |
| 014 | HSBC MORTGAGE SERVICES / C/O FEIN, SUCH & CRANE, LLP 1800 FIRST FEDERAL PLAZA / ROCHESTER, NY 14614 | | | Not Filed |
| 015 | RECOVERY MANAGEMENT SYSTEMS CORP. / 25 S.E. 2ND AVE, SUITE 1 MIAMI, FL 33131-1605 | | | Not Filed |

Please be advised that the claim number here within refers only to the Trustee's claim number - not to the number assigned by the Court.

0034-0U-EPIB0U-00473865-1425

# United States Bankruptcy Court
For The
Western District of New York

| IN RE: | | | DATE | CASE No. 1012500 K |
|---|---|---|---|---|
| | KIRK H. MALDINER | | | |
| | 4178 TONAWANDA CREEK RD. | | 11/19/2010 | SS #1  XXX-XX-8054 |
| | NORTH TONAWANDA, NY 14120 | | | |

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 016 | STEVEN J. BAUM, P.C. / 220 NORTHPOINTE PARKWAY SUITE G / AMHERST, NY 14228 | | | Not Filed |
| | Total | 184,380.84 | ******* | |
| | DANIEL E. BRICK | 3,000.00 | | Debtor's Attorney |
| | 91 TREMONT ST. | | | |
| | PO BOX 604 | | | |
| | N. TONAWANDA, NY 14120 | | | |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Albert J. Mogavero
Albert J. Mogavero

## NOTICE

At  Buffalo, NY

PLEASE TAKE NOTICE that the above claims are allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

DATED:  12/17/2010        CLERK  /s/ Paul R. Warren

### CERTIFICATE OF MAILING

A copy of the above Motion and notice was served upon the debtor and his or her attorney of record by mailing a copy thereof as ordered in envelopes on the date of said notice.

CLERK  /s/ S. Bavisotto
CHAPTER 13 OFFICE

Please be advised that the claim number here within refers only to the Trustee's claim number - not to the number assigned by the Court.